## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3157 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RUBEN LAZARO MENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     At the request of the defendant through his counsel, and with the agreement of the government, the defendant may be absent from the hearing on the Rule 35 motion;

(2)     The Marshal is directed not to return the defendant to the district; and

(3)     The defendant is held to have waived his right to be present.

July 6, 2005.                                    BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge